IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

THOMAS PRIEST,
    Plaintiff,

v.                                   Civil No. 3:22cv64 (DJN)

SUPERINTENDENT JOHN DOE, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on February 15, 2022, the Court conditionally docketed

Plaintiff's civil action. (ECF No. 2.) At that time, the Court directed Plaintiff to submit a

statement under oath or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States his belief that he is entitled to relief;
    (C)    Avers that he is unable to prepay fees or give security therefor; and,
    (D)    Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1) (listing requirements for plaintiff seeking to proceed *in forma*

*pauperis*). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this

purpose.

Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee

by signing and returning a consent to collection of fees form. The Court warned Plaintiff that a

failure to comply with either of the above directives within thirty (30) days of the date of entry

thereof would result in summary dismissal of the action.

Plaintiff has not complied with the orders of this Court. Plaintiff failed to return a completed *in forma pauperis* affidavit form and a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a) (requiring payment of fees for instituting civil action). Such conduct demonstrates a willful failure to prosecute under Federal Rule of Civil Procedure 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

/s/

David J. Novak
United States District Judge

Richmond, Virginia
Dated: March 28, 2022